## CERTIFICATE OF SERVICE

The undersigned counsel does hereby certify that on January 30, 2009, a copy of the Pro Hac Vice was electronically filed with the Court requesting electronic service upon all counsel of record.

John M. LaRosa, Esquire
2 East Seventh St., Ste. 302
Wilmington, DE 19801

TYBOUT, REDFEARN & PELL

/s/ David G. Culley

DAVID G. CULLEY, I.D. # 2141
750 Shipyard Drive, 4th Floor
P. O. Box 2092
Wilmington, DE 19899
(302) 658-6901
Attorneys for Family Dollar Stores, Inc.