IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DARLENE DAUGHTRY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civ. No. 08-963-SLR |
| | ) |
| FAMILY DOLLAR STORES, INC., | ) |
| | ) |
| Defendant. | ) |

**MEMORANDUM ORDER**

At Wilmington this 20th day of December, 2010, having reviewed plaintiff's objections to then Magistrate Judge Stark's ruling on various discovery issues, and the papers submitted in connection therewith;

IT IS ORDERED that, pursuant to Fed. R. Civ. P. 72(a):

1. Judge Stark's ruling to deny plaintiff's request to inquire further into the military background of fact witness George Flysik is neither clearly erroneous nor contrary to law, as the impeachment value of such evidence (relating to service in the Viet Nam War) is speculative at best, and otherwise is completely irrelevant to the issues at bar. Therefore, plaintiff's objections (D.I. 83) are denied.

2. Judge Stark's ruling to deny plaintiff's request to compel the production of national racial statistics of defendant's district managers is neither clearly erroneous nor contrary to law, as plaintiff's claims at issue are not related to her tenure as, or

demotion from being, a district manager. Moreover, Judge Stark made his ruling in June 2010; plaintiff's objections made in August 2010 are untimely.

IT IS FURTHER ORDERED that plaintiff's various requests for additional discovery (D.I. 98, 111) are denied, as discovery has closed, the court has ruled against plaintiff in connection with the above discovery issues, and plaintiff did not pursue the deposition of Mr. Fields in an appropriate manner, giving only two days notice just five days before the initial August 31, 2010 close of discovery. Moreover, neither at the September 30, 2010 conference with the court nor before the extended term of discovery (October 18, 2010) did plaintiff's counsel re-notice or even mention this deposition.

_____
United States District Judge